UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 NOV -3 P1:07
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON MOSBY, JAMES CAIN,
and SHANNAN WILLIS,

    Defendants.

Case No. 09-CRK

**09 CR-276**

[21 U.S.C. §§ 846, 841(a)(1),
841(b)(1)(A), 841(b)(1)(B), and
841(b)(1)(C)]

# INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. From approximately January 2004 until Decmeber 2006, in the State and Eastern District of Wisconsin and elsewhere,

**BRANDON MOSBY,
JAMES CAIN, and
SHANNAN WILLIS**

knowingly and intentionally conspired with each other and with other persons known and unknown to the grand jury to distribute and to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved five kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, and 50 grams or more of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

1. On or about October 12, 2006, in the State and Eastern District of Wisconsin,

**SHANNAN WILLIS**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

1. On or about October 30, 2006, in the State and Eastern District of Wisconsin,

**SHANNAN WILLIS**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES:**

1. On or about November 10, 2006, in the State and Eastern District of Wisconsin,

**BRANDON MOSBY**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(C).

A TRUE BILL:

FOREPERSON

Dated: Nov 3 2009

MICHELLE L. JACOBS
United States Attorney